IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIE ANGELIQUE DJEBE DIALLO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEICO ADVANTAGE INSURANCE COMPANY | : | NO. 22-1139 |
| | : | |

## **ORDER**

AND NOW, this 26th day of May 2023, upon consideration of Plaintiff's motion for partial summary judgment (Doc. 36), and Defendant GEICO's response in opposition thereto (Doc. 37), IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:
/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY, U.S.M.J.